### 17535.  HILL *v.* THE STATE.

LUKE, J.  The defendant's conviction of possessing intoxicating liquor was amply supported by the evidence, and, no error of law being shown, the trial judge properly overruled the motion for a new trial.

*Judgment affirmed.  Broyles, C. J., concurs.  Bloodworth, J., absent on account of illness.*

DECIDED NOVEMBER 9, 1926.  REHEARING DENIED DECEMBER 14, 1926.

Possessing intoxicating liquor; from Fulton superior court— Judge Howard.  May 15, 1926.

Application for certiorari was denied by the Supreme Court.

*George T. Fielding, Linton S. James,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

Intoxicating Liquors, 33 C. J. p. 761, n. 53.